UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

Ernesto Matthews,

                                       Plaintiff,

-against-

The City of New York, et al.,

                                   Defendants.

-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14CV2524 (PKC) (LB)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

[THE REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
\_\_\_\_1/15\_\_\_\_, 2015

FLAMHAFT LEVY HIRSCH &  
RENDEIRO LLP  
*Attorneys for Plaintiff*  
16 Court Street, Suite 3301  
Brooklyn, NY 11241  
718-237-1900  

By: _____  
Andrew S. Rendeiro  
*Attorney for Plaintiff*

ZACHARY W. CARTER  
Corporation Counsel of the  
City of New York  
*Attorney for Defendants*  
100 Church Street, 3rd Floor  
New York, New York 10007  

By: _____  
David M. Pollack  
*Assistant Corporation Counsel*

SO ORDERED:

_____  
HON. PAMELA K. CHEN  
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015